KRISTIN S. DOOR, SBN 84307
Attorney at Law
1230 Gold Express Drive, #310-335
Gold River, California 95670
Telephone: 916.541.3495
Fax: 916.476.3232
kdoor@doorlawoffice.com

Attorney for Defendant
Irina Gerez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:12-CR-00068 JAM |
| Plaintiff, | ) WAIVER OF DEFENDANT'S |
| | ) PRESENCE AND ORDER |
| v. | ) |
| IRINA GEREZ, | ) |
| | ) DATE: N/A |
| | ) TIME: N/A |
| Defendant. | ) COURTROOM: N/A |
| _____ | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant IRINA GEREZ, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury, and imposition of sentence. Defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under

Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without defendant being present.

DATED: 3/10/12

/s/ Irina Gerez
Irina Gerez
Defendant
(Original signature retained by attorney Kristin S. Door)

APPROVED:

/s/ Kristin S. Door
Kristin S. Door
Attorney for defendant Irina Gerez

DATED: 3/12/12

IT IS SO ORDERED.

DATED: 3/12/2012

/s/ John A. Mendez
JOHN A. MENDEZ
U.S. District Court Judge

WAIVER OF DEFENDANT'S PRESENCE
AND ORDER [PROPOSED]                    2