**MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Irena Gerez

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. Cr.S-12-68 JAM |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CALENDAR REQUEST |
| | ) | |
| IRENA GEREZ, | ) | DATE:   6/10/14 |
| | ) | Time:   9:45 AM |
| | ) | Court:   JAM |
| Defendant | ) | |

**REQUEST**

The parties request that this matter be place on calendar for a status conference on June 10, 2014 and 9:30 AM.

Ms. Gerez is Russian Speaking and the court interpreter services have been notified. An interpreter will be present.

DATED: June 5, 2014        Respectfully submitted,

/s/Michael B. Bigelow
MICHAEL B. BIGERLOW

-1-

**ORDER**

**IT IS SO ORDERED**

/s/ John A. Mendez_____
**HON. JOHN A MENDEZ**                    DATED:  June 5, 2014
UNITED SATES DISTRICT COURT JUDGE