1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                       IN THE UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:12-CR-068 JAM
12 |                      Plaintiff,   | STIPULATION REGARDING EXCLUDABLE
   |                                   | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |           v.                      | FINDINGS AND ORDER
14 | IRINA GEREZ,                      | DATE: October 14, 2014
   |                                   | TIME: 9:30 a.m.
15 |                      Defendant.   | COURT: Hon. John A. Mendez

16

17                                **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.     By previous order, this matter was set for status on October 14, 2014.

21      2.     By this stipulation, defendant now moves to continue the status conference until

22 December 16, 2014, and to exclude time between October 14, 2014, and December 16, 2014, under

23 Local Code T4.

24      3.     The parties agree and stipulate, and request that the Court find the following:

25             a)     The government has represented that the discovery associated with this case

26      includes investigative reports, reports of interview, and hundreds of documents obtained via

27      subpoena. All of this discovery has been either produced directly to counsel and/or made

28      available for inspection and copying.

   STIPULATION REGARDING EXCLUDABLE TIME           1
   PERIODS UNDER SPEEDY TRIAL ACT

        b)      Counsel for defendant desires additional time to obtain additional documents related to the defense, conduct investigation and research related to the charges, speak with his client, and otherwise prepare for trial, if necessary.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 14, 2014 to December 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 9, 2014                             BENJAMIN B. WAGNER
                                                         United States Attorney

                                                         /s/ MICHELE BECKWITH
                                                       MICHELE BECKWITH
                                                       Assistant United States Attorney

Dated: October 9, 2014                    /s/Michele Beckwith for
                                          Michael D. Long
                                          Counsel for Defendant
                                          Irina Gerez

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 10th day of October, 2014.

                                          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE