BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-068 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| IRINA GEREZ, | DATE: January 20, 2015 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 20, 2015.

2. By this stipulation, defendant now moves to continue the status conference until March 10, 2015 at 9:30 a.m., and to exclude time between January 20, 2015, and March 10, 2015 at 9:30 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, reports of interview, and hundreds of documents obtained via subpoena. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to consult with his client and prepare for trial, if necessary.  Additional information is being developed in this case as the trial in United States v. Nadia Kuzmenko, et al, plays out.  That trial is in progress and is expected to last at least six weeks.  Two of the properties that are at issue in that case involve the defendant in this case, and defense counsel is closely following that case to monitor its impacts on this case.  Counsel desires additional time to observe and analyze this information and further prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 20, 2015 to March 10, 2015 at 9:30 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated:  January 16, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ MICHELE BECKWITH<br>MICHELE BECKWITH<br>Assistant United States Attorney |
| Dated:  January 23, 2015 | /s/ Michele Beckwith for<br>Michael D. Long<br>MICHAEL D. LONG<br>Counsel for Defendant<br>IRINA GEREZ |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of January, 2015

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE