BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-0068 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| IRINA GEREZ, | DATE: March 10, 2015 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 10, 2015.

2.      By this stipulation, defendant now moves to continue the status conference until May 26, 2015 at 9:15 a.m., and to exclude time between March 10, 2015, and May 26, 2015 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes numerous subpoenaed bank records, investigative reports, and loan files.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    b)      Counsel for defendant desires additional time to review the discovery, consult

2    with his client, and to research and investigate issues related to the defendant's immigration

3    status and how it might impact the trial and/or any disposition of this case.

4    c)      Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7    d)      The government does not object to the continuance.

8    e)      Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11   f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of March 10, 2015 to May 26, 2015

13   at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

14   Code T4] because it results from a continuance granted by the Court at defendant's request on

15   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

16   best interest of the public and the defendant in a speedy trial.

17   4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

18   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19   must commence.

20   IT IS SO STIPULATED.

21

22   Dated:  March 4, 2015                          BENJAMIN B. WAGNER
                                                     United States Attorney

23

24                                                   /s/ MICHELE BECKWITH
                                                     MICHELE BECKWITH
25                                                   Assistant United States Attorney

26

27

28

Dated:  March 4, 2015

/s/ Michael D. Long
Michael D. Long
Counsel for Defendant
IRINA GEREZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of March, 2015

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE