BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>IRINA GEREZ,<br><br>                              Defendant. | CASE NO.  2:12-CR-00068 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 9, 2015<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 9, 2015.

2.      By this stipulation, defendants now move to continue the status conference until August 11, 2015, and to exclude time between June 9, 2015, and August 11, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes numerous subpoenaed bank records, investigative reports and loan files.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

b)      Counsel for defendant recently concluded a multi-week murder trial in state court, and has therefore been unavailable to work on this case.  Accordingly, he needs additional time to review discovery, consult with his client through an interpreter, to conduct investigation, and to otherwise prepare for trial, if necessary.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 9, 2015 to August 11, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 4, 2015                                BENJAMIN B. WAGNER
                                                   United States Attorney


                                                   /s/ MICHELE BECKWITH
                                                   MICHELE BECKWITH
                                                   Assistant United States Attorney


Dated:  June 4, 2015                               /s/ MICHAEL D. LONG
                                                   MICHAEL D. LONG
                                                   Counsel for Defendant
                                                   Irina Gerez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of June, 2015.

/s/ JOHN A. MENDEZ
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE